**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:25-CV-02766

DAT SOLUTIONS, LLC,

                  Plaintiff,

v.

JOHN CELORIA, and DOES 1-10,

                  Defendants.

---

**DECLARATION OF STEVEN M. AUVIL IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY
INJUNCTION, AND ORDER GRANTING EXPEDITED DISCOVERY**

---

I, Steven M. Auvil, declare as follows:

      1.      I am a Partner with the law firm of Squire Patton Boggs (US) LLP, 1000 Key Tower, 127 Public Square, Cleveland, Ohio 44114.  In that capacity, I represent Plaintiff DAT Solutions, LLC ("DAT") in the above-captioned case.

      2.      I make this declaration in support of DAT's Motion for Temporary Restraining Order.  I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

      3.      On September 3, 2025, I directed that a cease-and-desist letter be sent via email and hand-delivery to Mr. John Celoria, the defendant in the above-captioned case.  A true and accurate copy of that cease-and-desist letter is attached as Exhibit A.

4.      The cease-and-desist letter contained specific demands that had to be satisfied to avoid immediate litigation and further notified Mr. Celoria that DAT would seek a temporary restraining order and preliminary injunction should Celoria refuse.

5.      Mr. Celoria was also specifically advised that any further dissemination or use of DAT's trade secrets or confidential information would significantly and irreparably harm DAT.

6.      Mr. Celoria, however, has failed to respond to the request for his written confirmation that he will abide by his obligations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 4th day of September 2025, in Cleveland, Ohio.

*/s/Steven M. Auvil*
Steven M. Auvil