IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02766-SKC

DAT SOLUTIONS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN CELORIA, and DOES 1-10, individuals,

    Defendants.

**PLAINTIFF DAT SOLUTIONS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Procedure 7.1, Plaintiff DAT Solutions, LLC hereby submits the following corporate disclosure statement:

DAT Solutions, LLC is a single-member limited liability company formed in Delaware in 2000. DAT Solutions, LLC's sole member is DAT CNUS, Inc., a business corporation that is incorporated in Delaware. DAT CNUS, Inc.'s parent corporation is Roper Technologies, Inc., a publicly-traded company.

Dated: September 4, 2025

    /s/ Ronald S. Lemieux
    ***Ronald S. Lemieux***
    Squire Patton Boggs (US) LLP
    1841 Page Mill Road, Suite 150
    Palo Alto, CA 94304
    Telephone: +1 650 856 6500
    FAX: +1 650 843 8777
    Email: ronald.lemieux@squirepb.com

*Kristin Lieske Bryan*
***Steven M. Auvil*** (application forthcoming)
Squire Patton Boggs (US) LLP
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Telephone:  +1 216 479 8500
FAX:  +1 216 479 8780
Email: kristin.bryan@squirepb.com
Email: steven.auvil@squirepb.com

***Keith Bradley***
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
Telephone: +1 303 894 6156
FAX: +1 303 894 9239
Email: keith.bradley@squirepb.com

Attorneys for Plaintiff DAT Solutions, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025 I caused the foregoing paper to be served via email to counsel for Defendant.

/s/ Ronald S. Lemieux
Ronald S. Lemieux