IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02766-SKC-STV

DAT SOLUTIONS, LLC,
Plaintiff,

v.

JOHN CELORIA; and DOES 1-10,
Defendants.

## DEFENDANT JOHN CELORIA'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, John Celoria, respectfully requests this Court substitute Nicole M. Quintana and Clayton E. Wire of Ogborn Mihm, LLP, as counsel and enter their appearances on behalf of Defendant John Celoria, and to permit the withdrawal of attorney Jonathan Saadeh and Scott Rowekamp of Baker Law Group, LLC, as counsel for Defendant John Celoria.

Respectfully submitted this 24th day of September, 2025.

*s/ Nicole M. Quintana*              *s/Jonathan David Saadeh*
Nicole M. Quintana, No. 42675       Jonathan David Saadeh
Clayton E. Wire, No. 41717          Baker Law Group LLC
Ogborn Mihm LLP                 1290 Broadway
1700 Lincoln Street, Suite 2700      Suite 1175
Denver, Colorado 80203            Denver, CO 80203
(303) 592-5900                     720-912-8165
Nicole.Quintana@OMTrial.com      jonathan@jbakerlawgroup.com
Clayton.Wire@OMTrial.com

*Counsel for Defendant John Celoria*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that this 24th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following email addresses:

Kristin Bryan
Steven Auvil
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Kristin.bryan@squirepb.com
Steven.auvil@squirepb.com

Keith Bradley
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, Colorado 80202
Keith.bradley@squirepb.com

Ronald Lemieux
Squire Patton Boggs
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Ronald.lemieux@squirepb.com

                                                               *s/Nicole M. Quintana*
                                                               Nicole M. Quintana