IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02766-SKC-STV

DAT SOLUTIONS, LLC,

    Plaintiff,

v.

JOHN CELORIA, and DOES 1-10,

    Defendants.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

Defendant, John Celoria ("Defendant"), through his undersigned counsel, files the following Unopposed Motion for Extension of Time in which to File Responsive Pleading and in support thereof states:

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiff has conferred with counsel for Defendants pursuant to D.C.COLO.LCivR 7.1(a), and Defendants do not oppose this motion.

## MOTION

1. Plaintiff filed its Complaint on September 4, 2025. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant has twenty-one (21) days from the date of service to file a responsive pleading to the Complaint, and as such, the current deadline is Thursday, September 25, 2025.

2. Defendant respectfully requests a two-week extension of time, up to and including

October 9, 2025, to file a responsive pleading.

3. Defendant has not previously requested any extensions of time. *See* D.C.COLO.LCivR 6.1(b).

4. Good cause exists for this request, as undersigned counsel has just recently been retained, is just entering an appearance in this matter, has been engaged in discussions with counsel for Plaintiffs, and the parties are discussing resolution.

5. Granting this motion will not prejudice any party or cause undue delay in these proceedings, including the currently set preliminary injunction hearing. Indeed, an extension is aimed at avoiding unnecessary expense or the expense of judicial resources.

6. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel **certify** that they have served their client with a copy of this Motion.

**WHEREFORE**, Defendant respectfully requests that the Court grant this Motion and enter an Order extending the deadline in which to file a responsive pleading to **October 9, 2025**.

Respectfully submitted this 24th day of September, 2025.

**OGBORN MIHM, LLP**

*s/ Nicole M. Quintana*
Clayton E. Wire, Atty. Reg. No. 41717
Nicole M. Quintana, Atty. Reg. No. 42675
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
(303) 592-5900
clayton.wire@OMTrial.com
nicole.quintana@OMTrial.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this 24th day of September, 2025, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following email addresses:

Kristin Bryan
Steven Auvil
Squire Patton Boggs (US) LLP
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Kristin.bryan@squirepb.com
Steven.auvil@squirepb.com

Keith Bradley
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, Colorado 80202
Keith.bradley@squirepb.com

Ronald Lemieux
Squire Patton Boggs
1841 Page Mill Road, Suite 150
Palo Alto, CA 94304
Ronald.lemieux@squirepb.com

*Attorneys for Plaintiff*

John Celoria, Defendant

                                                                *s/ Nicole M. Quintana*